## Adams Will.

Argued January 17, 1972. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Henry T. Crocker,* for appellants.

*Rosemary M. Flannery,* with her *Paul P. Wisler,* and *Wilser, Pearlstine, Talone, Craig & Garrity,* for appellees.

OPINION PER CURIAM, June 28, 1972:
Decree affirmed; costs on appellants.